# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eduardo Lopez Gonzalez,<br>　　　　Plaintiff,<br>　　v.<br>County of Los Angeles et al.,<br>　　　　Defendants. | 2:20-cv-09875-VAP-JEMx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant County of Los Angeles' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the *Monell* claim asserted against Defendant County of Los Angeles is DISMISSED WITH PREJUDICE. As this is the only claim asserted against the County, the Court enters judgment in favor of the County. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　6/8/21

　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　United States District Judge